FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 -5 A II: 40

CLERK
S. ..ST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FITZROY A. CROOKE,

    Plaintiff,

vs.

SWINBORO COUNTY JAIL;
SWINBORO HOSPITAL, and
UNITED STATES MARSHALS
SERVICE,

    Defendants.

CIVIL ACTION NO.: CV604-062

## ORDER

In the form of a letter dated April 24, 2005, Plaintiff requests, inter alia, guidance to file an appeal of the dismissal of this case. The Clerk has docketed the letter as a motion. (Doc. 17.) The Court notes that this case was dismissed for failure to state a claim by Order of United States District Court Judge B. Avant Edenfield on November 8, 2004, and the time for filing an appeal has long since expired. The Court will not offer advise to either party in litigation. Plaintiff's motion is **DISMISSED**.

    **SO ORDERED**, this 5th day of May, 2005.

                                       JAMES E. GRAHAM
                                       UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number: 6:04-cv-00062
Date Served: May 5, 2005
Served By:

Attorneys Served:

Fitzroy A. Crooke

_____ Copy placed in Minutes

_____ Copy given to Judge

_____ Copy given to Magistrate